Delgen **FOYE**, Plaintiff—Appellant,

v.

**VICTOR VALLEY MEDIUM COMMUNITY CORRECTIONAL FACILITY; et al., Defendants—Appellees.**

No. 03–56163.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 20, 2004.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

Delgen Foye, Los Angeles, CA, pro se.

William Turner Hobson, Law Offices of William T. Hobson, San Diego, CA, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

## MEMORANDUM **

Delgen Foye, a former California state prisoner, appeals pro se the district court's judgment following a jury trial in his 42 U.S.C. § 1983 action, alleging that a correctional guard used excessive force against him by striking him with a flashlight while he was handcuffed. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion the district court's denial of a motion for a new trial pursuant to Fed.R.Civ.P. 59(a), *Defenders of Wildlife v. Bernal,* 204 F.3d 920, 929 (9th Cir.2000), and we affirm.

■ The district court did not abuse its discretion by denying Foye's motion for a new trial based on inconsistencies in the jury's verdict. Given the jury's finding that the defendant did not act in a mali-

cious and sadistic manner toward Foye, the district court was bound to disregard as surplusage the jury's subsequent finding that the defendant caused Foye harm. *See Floyd v. Laws,* 929 F.2d 1390, 1399 (9th Cir.1991) (holding that the trial court must ignore as surplusage subsequent answers given in violation of instructions).

■ The remaining issues raised in Foye's opening brief are waived because they are not supported by specific, cogent argument. *See Greenwood v. FAA,* 28 F.3d 971, 977 (9th Cir.1994).

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.